# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re:  DONALD KEITH JOHNSON
        NANCY ELIZABETH CHAMBERS

Case No.:  11-44920-drd-13

**Debtors**

## CHAPTER 13 TRUSTEE'S CERTIFICATION
## CONCERNING INITIAL CONFIRMATION OF DEBTOR'S PLAN

   Comes now Richard V. Fink, Chapter 13 Trustee, and for his certification states as follows:

   He is the Standing Chapter 13 Trustee and has reviewed debtor's schedules and plan and has conducted a Section 341(a) meeting of creditors.  Based on the information available, the proposed plan appears to be feasible, submitted in good faith, and not for any reason prohibited by law, and complies with applicable provisions of 11 U.S.C.  The trustee is not aware of any objection to or rejection of the plan that has not been resolved, withdrawn or ruled upon.

   December 21, 2011

                                                            Respectfully submitted,


                                                            /s/ Richard V. Fink, Trustee

                                                            Richard V. Fink, Trustee
                                                            818 Grand Blvd., Suite 800
                                                            Kansas City, MO 64106-1901


                                                DE    /Certification Confirmation