THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI

IN RE: )
)
DONALD KEITH JOHNSON ) Case No: 11-44920-drd13
NANCY ELIZABETH CHAMBERS )
)
Debtors. )

## MOTION TO RETAIN AND SPEND BONUS AND NOTICE TO CREDITORS

COME NOW the Debtors, DONALD KEITH JOHNSON and NANCY ELIZABETH CHAMBERS, by and through their attorney of record, Lorinda D. Walters, and for their Motion to Retain and Spend Bonus, state as follows:

1. The Debtors filed their Chapter 13 petition and Chapter 13 Plan and Plan Summary on October 21, 2011.

2. The Debtors' Chapter 13 Plan was confirmed on December 22, 2011.

3. On March 16, 2012, Debtor Nancy Chambers received a bonus from her employer in the sum of $5,185.10. Taxes were withheld from said bonus in the sum of $1,615.16, leaving a net amount of $3,569.94.

4. The Debtors have incurred the following expenses:

   a. The Debtors' hot water heater tank became inoperable, which necessitated the Debtors replacing said hot water heater on June 10, 2012. The cost of said replacement of a high efficiency hot water heater was $1,858.02. A copy of the invoice is attached hereto.

   b. Debtor Donald Johnson's 2001 Ford Ranger pickup truck was in need of certain repairs: On May 19, 2012, said Debtor replaced his coil pack for the

sum of $74.32, and on June 7, 2012, said Debtor replaced his EGR valve for $44.09. Debtor Donald Johnson performed the repairs himself.

c. Since the filing of the Debtors' bankruptcy petition, Debtor Nancy Chambers has incurred additional unexpected expenses related to her employment, even though her income has not increased. Said Debtor is required to make out of town trips for her employment, and has encountered the following increases in her job-related expenses: the price of gas has risen recently, the price of airline tickets has also risen, and said Debtor's employer is not reimbursing the Debtor for certain expenses as the employer has done in the past. In addition, said Debtor is now required to pay for her own seminar fees incurred during her mandatory out of town trips. These additional expenses have made it necessary to use said Debtor's bonus money to pay for the Debtors' June 2012 plan payment, in the sum of $1,616.00.

5. The foregoing expenses are reasonable and necessary, and are not accounted for in the Debtors' budget.

6. The Debtors are in need of retaining and spending said bonus in the gross sum of $5,185.10 minus taxes of $1,615.16 for a total net sum of $3,569.94 for the foregoing reasons.

WHEREFORE, the Debtors, DONALD KEITH JOHNSON and NANCY ELIZABETH CHAMBERS, by and through their attorney of record, Lorinda D. Walters, move the Court to allow the Debtors to retain and spend Debtor Nancy Chambers' bonus in the gross sum of $5,185.10 minus taxes of $1,615.16 for a total net sum of $3,569.94, for the foregoing reasons.

                                          WALTERS LEGAL SERVICES

                                        /s/ Lorinda D. Walters
                                        Lorinda D. Walters
                                        Missouri Bar No. 27129
                                        3000 N.E. Brooktree Lane
                                        Suite 230
                                        Kansas City, Missouri 64119
                                        TEL: (816) 454-3000
                                        FAX: (816) 454-4514
                                        Attorney for Debtors

## **NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST**

NOTICE IS GIVEN THAT:

      Any Response to this Motion must be filed within twenty-one (21) days of the date of this notice with the Clerk of the United State Bankruptcy Court. Documents can be filed electronically at                          . A copy of such response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing. It Debtor's counsel is not registered for electronic filing, you must serve the response by mail. If a Response is timely filed, a hearing will be held on a date and time determined by the Court. Notice of such hearing will be provided to all parties in interest. If no Response is filed within twenty-one (21) days, the Court will enter an Order granting the Motion.

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the Motion to Retain and Spend Bonus and Notice to Creditors was mailed this 22nd day of June, 2012, by first class mail, postage prepaid, to all creditors on the mailing matrix, and to all interested parties requesting notice.

                                        /s/ Lorinda D. Walters

INVOICE #: 150797

DATE: 06/07/12  DS #: 1 2 0 5 / 0 6

**BOB HAMILTON**
PLUMBING + HEATING + A/C
(913) 888-4-BOB
Fast, Friendly...Finally!

7899 Frontage Road
Overland Park, KS 66204

CUSTOMER NAME (Financially Responsible Party): Nancy Chambers
CALLER NAME:
JOB CONTACT NAME:

JOB ADDRESS: 106 NW 67 st
CITY: Gladstone
STATE: MO
ZIP: 64118

BILLING ADDRESS (If Different):
PH1:
PH2:

E-MAIL ADDRESS: 1208?

SERVICE PARTNER MEMBER? ☐ Yes ☐ No

ORIGINAL REASON FOR THE CALL: Tankless water heater

SUMMARY:

1205/018.30

WORK AUTHORIZATION: ... I HEREBY AUTHORIZE YOU TO PROCEED WITH THE ABOVE WORK AT THE UPFRONT FEE OF $ 1,883.02
Signature: [signed]
Print Name: Donald K. Johnson

| Qty | Task # | Description | Rate |
|---|---|---|---|
| 1 | A11012 | Service Call Charge | 48.00 |
| 1 | SP30 | Service Partner Membership  Prepaid | 179.90 |
| 1 | SW300 | 50 gal high recovery gas water heater 6yr warranty P+L  SP- | 1715.02 |
| | | P.S. $1,000 cash Paul | |
| | | Paid in Full  1858.02 | |
| 1 | CYB | | 25.00 |

Water Pressure:

☐ Pre-Approved Financing Terms:
☑ Please pay from this invoice - Work performed C.O.D.

SUBTOTAL:
DISC. 1:
DISC. 2:
TOTAL COST: 1858.02

PAYMENT 1: Cash ☐ Check ☐ Check #: ___
MC ☐ Visa ☐ Disc ☐ AmEx ☐ Auth #: ___
Card #: ___  Exp: ___

PAYMENT 2: Cash ☐ Check ☐ Check #: ___
MC ☐ Visa ☐ Disc ☐ AmEx ☐ Auth #: ___
Card #: ___  Exp: ___

**WANT TO PAY LESS?**
My Service Technician presented me with a Service Partner Program and explained the benefits
I want to save money and become a Service Partner — Initial ONE: YES
OR
At this time I decline the offer: NO

SERVICE PARTNER SAVINGS $ ___

ACCEPTANCE OF WORK PERFORMED: ...
SIGNATURE X Nancy Chambers

SERVICE TECHNICIAN ACKNOWLEDGEMENT: ...
SIGNATURE: Paul

CUSTOMER SERVICE IS OUR #1 FOCUS
THANK YOU FOR CHOOSING US FOR YOUR SERVICE NEEDS!

I decline to have the recommended work performed at this time. SIGNATURE ___  DATE ___

© Copyright 2004 Nexstar. All Rights Reserved.



**Service is our best part.**

```
Store # 05081
(816) 420-8137
6527 N. OAK TRAFFICWAY
GLADSTONE      MO 64118
6/07/2012    15:32:59     REG 01
Cashier: Shawn H.

ITEM           QTY      PRICE        TOTAL
====           ===      =====        =====
EGR VALVE BWD           20470122
EGR1300         1       $44.09       $44.09
1 YEAR REPLACEMENT IF DEFECTIVE
            Sub Total                $44.09
            Total                    $44.09
            Cash                     $60.00
                CHANGE ====>          15.91

Scan to RETURN items
       Z2KG31BDSK1HNL
```



```
Transaction #2506
Thank you for shopping at Advance Auto Parts

WARRANTY INFORMATION AVAILABLE AT STORE

Join Our Winning Team!
Go to AdvanceAutoParts.Jobs
          or
espanol.AdvanceAutoParts.Jobs
Choose the position and location you're
interested in and follow the instructions to
```

---



**Service is our best part.**

```
Store # 05081
(816) 420-8137
6527 N. OAK TRAFFICWAY
GLADSTONE      MO 64118
5/19/2012    16:01:34     REG 02
Cashier: Edgar G.

ITEM           QTY      PRICE        TOTAL
====           ===      =====        =====
COIL IGNITION BWD       18240280
E260            1       $68.99       $68.99
LIMITED LIFETIME REPLACEMENT
2001 Ford Ranger
  3.0L 183 - V6 FI - U
            Sub Total                $68.99
            T1 Tax @    7.7250%       $5.33
            Total                    $74.32
            Cash                    $100.32
                CHANGE ====>          26.00

Johnson, Don

Scan to RETURN items
       Z2KFP1C1211HNL


Transaction #104
Thank you for shopping at Advance Auto Parts

WARRANTY INFORMATION AVAILABLE AT STORE

Join Our Winning Team!
Go to AdvanceAutoParts.Jobs
          or
espanol.AdvanceAutoParts.Jobs
Choose the position and location you're
interested in and follow the instructions to
                  apply!
$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$
       CUSTOMER COPY
```