MOW 2016-1.2 (12/11)

# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re:                                                          ) Case No. 11-44920
                                                                )
DONALD KEITH JOHNSON                    )
NANCY ELIZABETH CHAMBERS        )
                                                                )
       Debtors                                )

## MOTION FOR POST-CONFIRMATION FEES

In accordance with Local Rule 2016-1 E, attorney for debtor hereby requests additional compensation for services performed on behalf of the debtor(s).

_____ Application/Motion to Suspend Payments - $200.00
        Date Application/Motion filed_____          Hearing Date_____
_____ Motion to Incur Additional Debt - $150.00
        Date Motion filed_____
_____ Motion to Distribute Insurance Proceeds - $125.00
        Date Motion filed_____
_____ Motion to Retain Tax Refund Greater than $2,500 - $150.00
        Date Motion filed_____
_____ Motion for Payoff of Chapter 13 Plan - $75.00
        Date Motion filed_____
_____ Motion for Relief from Stay (divorce) - $200.00
        Date Motion filed_____
_____ Defense of Motion for Relief from Stay - $350.00
        Date Response filed_____          Hearing Date_____
_____ Defense of Motion to Dismiss Case - $200.00
        Date Response filed_____
_____ Certificate of Service Regarding State Tax Returns - $100.00
        Date Certificate of Service filed_____
_____ Obtaining Confirmation of Amended Chapter 13 Plan - $250.00
        Date Amendments filed_____
_____ Amendments to Schedules - $150.00
        Date Amendments filed_____
_____ Amendments to Schedules I and J with Business Attachments - $200.00
        Date Amendments filed _____
_____ Filing Proofs of Claim on behalf of Creditors - $125.00
        Date Claim filed_____
_____ Objections to Proofs of Claim (no hearing) - $125.00
        Date Objection filed_____
_____ Objections to Proofs of Claim (with hearing) - $225.00
        Date Objection filed_____          Hearing Date_____
_____ Motions to Sell Property - $200.00
        Date Motion filed_____          Hearing Date_____
_____ Motions to Employ Counsel/Professional - $175.00
        Date Motion filed_____
**XX     Motions to Approve Settlement/Allow Use of Settlement - $175.00**
        **Date Motion filed May 13, 2014**

\_\_\_\_\_    Motions to Avoid Lien or Avoid Judgment - $200.00
            Date Motion filed_____
\_\_\_\_\_    Motions to Vacate or Set Aside Order - $125.00
            Date Motion filed_____
\_\_\_\_\_    Motions for Emergency Hearing - $100.00
            Date Motion filed_____
\_\_\_\_\_    Appearance at Hearing Due to Trustee's Request for Hearing Based on Debtor's Failure
            to Cooperate - $125.00         Date of Hearing_____
\_\_\_\_\_    Review of a Notice of Payment Change or a Notice of Fees, Expenses, and Charges (Local
            Rule 3094-1.C.3.) (without filing an objection) - $50
            Date Notice Filed_____
\_\_\_\_\_    Objections to a Notice of Payment Change or a Notice of Fees, Expenses, and Charges
            (Local Rule 3094-1.C.3.) (no hearing) - $250
            Date Objection Filed _____
\_\_\_\_\_    Objections to a Notice of Payment Change or a Notice of Fees, Expenses, and Charges
            (Local Rule 3094-1.C.3.) (with hearing) - $350
            Date Objection Filed _____    Hearing Date _____

XX Copy Expenses (Number of Copies (174 pgs) Multiplied by $.25) - $43.50
        Document Copied Motion to use Bonus Funds
XX Postage Expenses (Postage Rate (.48) Multiplied by Number of Items Mailed(58)) - $27.84
        Document Mailed Motion to use Bonus Funds

The services indicated above having been completed, additional compensation is hereby

requested in the amount of $175.00, and expenses in the amount of $71.34

**I hereby certify that the services referenced in this motion were actually provided after confirmation of the plan in this case.**

5/13/14                                 /s/ Terry L. Lawson, Jr.
Date                                    Attorney for Debtor

## NOTICE OF MOTION

Any party with an objection is directed to file a Response to the motion within twenty-one (21) days of the date of this notice with the Clerk of the United States Bankruptcy Court. Documents can be filed electronically at http://ecf.mowb.uscourts.gov  Information about electronic filing can be found on the Court website www.mow.uscourts.gov.  Parties not represented by an attorney may mail a response to the Court at the address below.  If a response is timely filed, a Notice of Hearing will be provided to all interested parties by the Court.  If no response is filed within twenty-one (21) days, the Court will enter an order.

## CERTIFICATE OF SERVICE

I, Terry L. Lawson, Jr. hereby certify that a true and correct copy of the Motion was served, in addition to the parties notified by the US Bankruptcy Court's electronic notification, upon debtor(s), the United States Trustee, and unrepresented parties requesting notice via US First Class Mail, postage prepaid, this 13th day of May, 2014.

[Motions for post-confirmation fees in excess of $1,000 must be noticed to all creditors pursuant to Local Rule 2016-1 C.  Modify this Certificate of Service accordingly]

                                        /s/ Terry L. Lawson, Jr.
                                        Typed Name or Signature

Court Address: U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106

Instructions: File as a separate document
ECF Event: Bankruptcy>Motions/Applications/Requests>Post-Confirmation Fees